So Ordered.

Dated: January 13, 2022



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

      Lorri A. Shulta,                      Case No. 21-25508-gmh
                                               Chapter 7

      Debtor.

## ORDER

## (1) REQUIRING WILLIAM H. GREEN TO DISGORGE ALL FEES PAID TO HIM BY THE DEBTOR UNDER 11 U.S.C §329(b) BY NO LATER THAN FEBRUARY 4, 2022;

## AND

## (2) ORDERING THE CLERK OF COURT TO OPEN A MISCELLANEOUS PROCEEDING CAPTIONED "*IN RE DISCIPLINARY PROCEEDING CONCERNING WILLIAM H. GREEN*"

On January 5, 2022, the court held an evidentiary hearing to afford counsel William H. Green an opportunity to show cause why the court should not order him to disgorge all fees paid to him by debtor Lorri Shulta and bar him from further practice

before this court. The order setting the evidentiary hearing also required Mr. Green to (1) "file Director's Bankruptcy Form B2030, Disclosure of Compensation of Attorney for Debtor"; (2) "show cause in writing why the court should not deem any amount paid to him to represent Ms. Shulta in this matter to exceed the reasonable value of his services and order their return under 11 U.S.C. §329(b)"; and (3) "show cause in writing why the court should not impose sanctions or order other relief against him under 11 U.S.C. §§105 and 329, Federal Rule of Bankruptcy Procedure 9011, or the court's inherent authority to discipline and regulate lawyers who appear before it, including, but not limited to possible monetary sanctions to deter similar future conduct. In addition, Mr. Green is ordered to show cause why the court should not bar him from practicing before this court, either indefinitely or for a defined term—potentially forever—in light of his recurring failures and deficiencies in this and numerous other cases". ECF No. 18, at 3–4.

William Green did not file any of this information and did not appear at the January 5, 2022 hearing. Michelle Cramer appeared at the hearing on behalf of the United States trustee.

The December 3, 2021 order made clear that Mr. Green's failure to comply with its requirements would "be presumptive grounds to order him to return all amounts received from the debtor and to bar him from practicing before this court in any capacity." *Id*. at 4. For the reasons outlined in the December 3, 2021 order, **William Green is ORDERED to refund, by no later than February 4, 2022, all fees paid to him by Lorri Shulta for representation in this case and file by February 10, 2022, a declaration conforming to 28 U.S.C. §1746 that states the exact amount refunded and how and when he made the refund.**

William Green did not appear before Judge Perhach at a January 5, 2022 hearing to address similar attorney competency issues. See *In re Liempeck,* Case No. 17-23489-kmp, *In re Schmidt*, Case No. 17-30865-kmp, and *In re Beans*, Case No. 19-30903-kmp.

The State Bar of Wisconsin's website lists William Green's license status as "Suspended Disciplinary". See https://www.wisbar.org/directories/pages/lawyerprofile.aspx?Memberid=1001678. Based on Mr. Green's recurring failures and deficiencies in this case as outlined in the December 3, 2021 order, and recurring failures and deficiencies in numerous other cases, as evidenced, for example, by proceedings in the following cases: *In re Liempeck,* Case No. 17-23489-kmp, *In re Schmidt*, Case No. 17-30865-kmp, *In re Beans*, Case No. 19-30903-kmp, *In re Lathan*, Case No. 18-26887-kmp, *In re Main Street Holdings, LLC*, Case No. 14-33043-gmh, *In re Nikkhah*, Case No. 16-25328-gmh, *Greenpoint Tactical Income Fund v. Natural Selection Crystals, LLC (In re Greenpoint Tactical Income Fund LLC)*, Adv. Proc. No. 20-2064-gmh, and *Mikulski v. Green (In re Green)*, Adv. Proc. No. 16-2431-gmh, as well as the State Bar's report of Mr. Green's current license suspension, the court **HEREBY ORDERS** as follows:

1. The Clerk of the Bankruptcy Court is ordered to open a miscellaneous proceeding titled *In re Disciplinary Proceeding Concerning William H. Green*. The miscellaneous proceeding will be convened to determine whether the United States Bankruptcy Court for the Eastern District of Wisconsin should prohibit William H. Green from appearing before the court and from representing any persons in connection with cases or proceedings before the court, even should he otherwise be eligible to practice law either now or in the future. The Clerk is directed to file this order as the first document in that miscellaneous proceeding.

2. **Within 21 days from the date on which the Clerk of Court serves him with a copy of this order entered in the miscellaneous proceeding, William Green is ordered to respond and show cause why the court should not bar him from practicing before this court indefinitely in light of his apparent recurring failures to obey court orders and competently represent parties before this court, as reported in the cases cited above and otherwise.**

3. The Clerk of Court is ordered to mail this order directly to William H. Green at the following addresses:

    a.  3921 W Cty Line Rd, Brown Deer, Wisconsin 53209.

    b.  Will Green Law Office, LLC, 4701 North Port Washington Road, Suite 101, Milwaukee, WI 53212.

#####